IN IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mercedes Paredes,<br><br>   Plaintiff,<br><br>  v.<br><br>Tesfast, LLC.,<br><br>   Defendant. | Case No. 24-CV-525<br><br>Denied without prejudice to renewal after 3/1/24, when we should have a better sense of what the upcoming proceeding will entail.<br><br>SO ORDERED.<br><br>*Cathy Seibel* 2/28/24<br>CATHY SEIBEL, U.S.D.J. |

**PLAINTIFF'S REQUEST FOR LEAVE
TO APPEAR TELEPHONICALLY OR VIA ZOOM**

  COMES NOW, Daniel I. Schlade, counsel for Plaintiff Mercedes Paredes, and in support of this Motion states:

  1. On February 20, 2024, this Honorable Court ordered a hearing to Show Cause for Judgment by Default against Defendant Tesfast, LLC, scheduled for March 19, 2024, at 11:15 AM in room 621, 300 Quarropas Street, White Plains, New York 10601 (the "Show Cause Hearing").

  2. Plaintiff's counsel's office is located in Chicago, Illinois. The Show Cause Hearing should not involve any testamentary evidence to be presented by Plaintiff's counsel; and any involvement by Plaintiff's counsel likely could be easily handled through telephone or video conference proceedings.

  3. Accordingly, Plaintiff's counsel requests leave to appear by telephone or by ZOOM for this Show Cause hearing, and it would be deeply appreciated.

  4. The undersigned respectfully submits that no party in this action will suffer any prejudice if Plaintiff's counsel appears telephonically or by ZOOM.

**WHEREFORE**, the undersigned prays that this court will grant the relief sought and allow him to appear by telephone or ZOOM for the hearing in the present case.

Respectfully submitted.

                                              s/   Daniel I. Schlade
**Justicia Laboral LLC**
Daniel I. Schlade (5916697)
Attorney For Plaintiff
Justicia Laboral, LLC
6232 N. Pulaski, #300
Chicago, IL 60646
773-550-3775
Email: dschlade@justicialaboral.com

### Certificate of Service

I, Daniel I. Schlade, an attorney, certify that I caused **Plaintiff's Motion for Leave to Appear Telephonically or Via Zoom** to be filed with the Clerk of the Court on February 28, 2024, and I certify that I served this notice and documents by sending via regular mail to the attorneys/parties of record at their listed addresses below, and depositing the same in the U.S. Mail in Chicago on February 29, 2024, with proper postage prepaid:

        **Tesfast, LLC**
        382A SUITE 105 ROUTE 59
        AIRMONT, NY, 10952

                                              s/   Daniel I. Schlade
**Justicia Laboral LLC**
Daniel I. Schlade (5916697)
Attorney For Plaintiff
Justicia Laboral, LLC
6232 N. Pulaski, #300
Chicago, IL 60646
773-550-3775
Email: dschlade@justicialaboral.com