**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
MERCEDES PAREDES,

                Plaintiff,

-against-　　　　　　　　　　　　　　　　24 **CIVIL** 0525 (CS)

                                              **JUDGMENT**

TESFAST, LLC,

                Defendant.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 19, 2025, Plaintiff's motion to enforce the Settlement Agreement is GRANTED. Judgment is entered in favor of Plaintiff in the amount of $6,000.00.

**Dated:** New York, New York

       September 22, 2025

                                                         **TAMMI M. HELLWIG**
                                                           **Clerk of Court**

                               **BY:** _(signature)_

                                                            **Deputy Clerk**